Roger L. Grandgenett II
Nevada Bar No. 6323
Kelsey E. Stegall
Nevada Bar No. 14279
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada  89169.5937
Telephone:    702.862.8800
Email: rgrandgenett@littler.com
Email: kstegall@littler.com

Attorneys for Defendant
ANTHONY & SYLVAN POOLS CORPORATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MELISHA LANDRETH,<br><br>           Plaintiff,<br><br>      v.<br><br>ANTHONY & SYLVAN POOLS CORPORATION, aka ANTHONY & SYLVAN POOLS CORP., aka ANTHONY & SYLVAN CORP., aka ANTHONY & SYLVAN POOLS, aka ANTHONY & SYLVAN, an Ohio Corporation,<br><br>           Defendant. | Case No. 2:23-cv-00834-ART-VCF<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>(FIRST REQUEST) |

Plaintiff MELISHA LANDRETH ("Plaintiff") and Defendant ANTHONY & SYLVAN POOLS CORPORATION ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the Complaint from the current deadline of June 22, 2023, up to and including **July 6, 2023.**

The requested extension is necessary in light of the fact that Defendant's counsel was recently retained.  The additional time will allow defense counsel to conduct a complete investigation into the allegations and to prepare a response to the Complaint.

///

///

1  This is the first request for an extension of time to respond to the Complaint. This request is
2  made in good faith and not for the purpose of delay.

Dated: June 16, 2023                                       Dated:  June 16, 2023

Respectfully submitted,                                    Respectfully submitted,


*/s/ Jessica Shimoda Guerra*                               */s/ Kelsey E. Stegall*
NATHAN R. RING, ESQ.                                       ROGER L. GRANDGENETT II, ESQ.
JESSICA SHIMODA GUERRA, ESQ.                               KELSEY E. STEGALL, ESQ.
STRANCH, JENNINGS & GARVEY PLLC                            LITTLER MENDELSON, P.C.

*Attorneys for Plaintiff*                                  *Attorney for Defendant*
MELISHA LANDRETH                                           ANTHONY & SYLVAN POOLS
                                                           CORPORTION

                                    **IT IS SO ORDERED.**

                                    Dated: __June 21, 2023_____

                                    _____
                                    UNITED STATES DISTRICT COURT JUDGE

4885-3144-4586.1