**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MELISHA LANDRETH, an individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>ANTHONY & SYLVAN POOLS CORPORATION, aka ANTHONY & SYLVAN POOLS CORP., aka ANTHONY & SYLVAN CORP., aka ANTHONY & SYLVAN POOLS, aka ANTHONY & SYLVAN, an Ohio Corporation; DOES I through X; and ROE CORPORATIONS I through X;<br><br>    Defendants. | Case No. 2:23-cv-00834-ART-VCF<br><br>**ORDER APPROVING**<br><br>**STIPULATION (ECF No. 11)** |

Plaintiff MELISHA LANDRETH ("Plaintiff"), by and through her counsel, Nathan Ring, Esq. and Jessica Shimoda Guerra, Esq. of STRANCH, JENNINGS & GARVEY, PLLC, and Defendants, ANTHONY & SYLVAN POOLS CORPORATION, aka ANTHONY & SYLVAN POOLS CORP., aka ANTHONY & SYLVAN CORP., aka ANTHONY & SYLVAN POOLS, aka ANTHONY & SYLVAN ("Defendant"), by and through its counsel, LITTLER MENDELSON, P.C., hereby stipulate and agree to the following:

Defendant's Motion to Dismiss was served on July 6, 2023, thereby making Plaintiff's Opposition due July 20, 2023, pursuant to LR 7-2(b).

**IT IS HEREBY STIPULATED AND AGREED** that the Plaintiff shall have until August 11, 2023, to submit her response to Defendant's Motion to Dismiss.

**IT IS FURTHER STIPULATED AND AGREED** that Defendant shall have until August 25, 2023, to submit its Reply to Plaintiff's Opposition.

DATED 20th day of July, 2023:
**STRANCH. JENNINGS & GARVEY, PLLC**

By  /s/ *Nathan Ring*
    Nathan R. Ring, Esq.
    Jessica S. Guerra, Esq.
*Attorneys for Plaintiff*

DATED 20th day of July, 2023:
**LITTLER MENDELSON, P.C.**

By _____
    Kelsey Stegall, Esq.
    Roger Grandgenett II, Esq.
*Attorneys for Defendant*

## ORDER

**IT IS HEREBY ORDERED** that the above stipulations are approved.

**IT IS FURTHER ORDERED** that Plaintiff shall have until August 11, 2023 to submit a response to Defendant's Motion to Dismiss.

**IT IS FURTHER ORDERED** that Defendant shall have until August 25, 2023, to submit its Reply to Plaintiff's Opposition.

**IT IS SO ORDERED.**

_____
Anne R. Traum
United States District Court Judge

DATED: July 21, 2023.