UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MELISHA LANDRETH, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>ANTHONY & SYLVAN POOLS CORPORATION, aka ANTHONY & SYLVAN POOLS CORP., aka ANTHONY & SYLVAN CORP., aka ANTHONY & SYLVAN POOLS, aka ANTHONY & SYLVAN, an Ohio Corporation; DOES I through X; and ROE CORPORATIONS I through X;<br><br>    Defendants. | Case No.: 2:23-cv-00834-ART-VCF<br><br>**ORDER GRANTING**<br><br>STIPULATION - ECF No. 14 |

Plaintiff MELISHA LANDRETH ("Plaintiff"), by and through her counsel, Nathan Ring, Esq. and Jessica Shimoda Guerra, Esq. of STRANCH, JENNINGS & GARVEY, PLLC, and Defendants, ANTHONY & SYLVAN POOLS CORPORATION, aka ANTHONY & SYLVAN POOLS CORP., aka ANTHONY & SYLVAN CORP., aka ANTHONY & SYLVAN POOLS, aka ANTHONY & SYLVAN ("Defendant"), by and through its counsel, LITTLER MENDELSON, P.C., hereby stipulate and agree to the following:

Defendant's Motion to Dismiss was served on July 6, 2023, thereby making Plaintiff's Opposition due July 20, 2023, pursuant to LR 7-2(b). A signed Order granting the First Request for

extension of time to oppose the Motion to Dismiss was signed by this Court on July 21, 2023, moving that date to August 11, 2023, (ECF No. 12).

Since seeking the last extension, Plaintiff's counsel has had personal issues that have caused him to be out of office and requiring this extension.

Accordingly,

**IT IS HEREBY STIPULATED AND AGREED** that the Plaintiff shall have until August 25, 2023, to submit her response to Defendant's Motion to Dismiss.

**IT IS FURTHER STIPULATED AND AGREED** that Defendant shall have until September 8, 2023, to submit its Reply to Plaintiff's Opposition.

The requested extension is sought in good faith and not for purposes of undue delay.

DATED 10th day of August, 2023:
**STRANCH. JENNINGS & GARVEY, PLLC**

By  /s/ *Nathan Ring*
    Nathan R. Ring, Esq.
    Jessica S. Guerra, Esq.
*Attorneys for Plaintiff*

DATED 10th day of August, 2023:
**LITTLER MENDELSON, P.C.**

By   /s/ *Kelsey Stegall*
    Kelsey Stegall, Esq.
    Roger Grandgenett II, Esq.
*Attorneys for Defendant*

### ORDER

**IT IS HEREBY ORDERED** that the above stipulations are approved.

**IT IS FURTHER ORDERED** that Plaintiff shall have until August 25, 2023 to submit a response to Defendant's Motion to Dismiss.

**IT IS FURTHER ORDERED** that Defendant shall have until September 8, 2023, to submit its Reply to Plaintiff's Opposition.

**IT IS SO ORDERED.**

_____
Anne R. Traum
United States District Court Judge

DATED:  August 14, 2023.