UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MELISHA LANDRETH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANTHONY & SYLVAN POOLS CORPORATION, aka ANTHONY & SYLVAN POOLS CORP., aka ANTHONY & SYLVAN CORP., aka ANTHONY & SYLVAN POOLS, aka ANTHONY & SYLVAN, an Ohio Corporation,<br><br>　　　　　Defendant. | Case No. 2:23-cv-00834-ART-VCF<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>**[FIRST REQUEST]** |

　　　　Plaintiff MELISHA LANDRETH ("Plaintiff") and Defendant ANTHONY & SYLVAN POOLS CORPORATION ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a Reply in Support of its Motion to Dismiss from the current deadline of September 8, 2023, up to and including **September 15, 2023.**

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169.5937
702.862.8800

2:23-CV-00834-ART-VCF

The requested extension is necessary to account for other competing deadlines and scheduling conflicts. This is the first request for an extension of time with respect to Defendant's Reply. This request is made in good faith and not for the purpose of delay.

Dated: September 7, 2023

Respectfully submitted,

/s/ Nathan R. Ring
NATHAN R. RING, ESQ.
JESSICA SHIMODA GUERRA, ESQ.
STRANCH, JENNINGS & GARVEY PLLC

*Attorneys for Plaintiff*
MELISHA LANDRETH

Dated:  September 7, 2023

Respectfully submitted,

/s/ Kelsey E. Stegall
ROGER L. GRANDGENETT II, ESQ.
KELSEY E. STEGALL, ESQ.
LITTLER MENDELSON, P.C.

*Attorneys for Defendant*
ANTHONY & SYLVAN POOLS CORPORTION

**IT IS SO ORDERED.**

Dated:  September 8, 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT COURT JUDGE

LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169.5937
702.862.8800

2

2:23-CV-00834-ART-VCF