UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MELISHA LANDRETH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANTHONY & SYLVAN POOLS CORPORATION, aka ANTHONY & SYLVAN POOLS CORP., aka ANTHONY & SYLVAN CORP., aka ANTHONY & SYLVAN POOLS, aka ANTHONY & SYLVAN, an Ohio Corporation,<br><br>　　　　　Defendant. | Case No. 2:23-cv-00834-ART-VCF<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

　　　　Plaintiff MELISHA LANDRETH ("Plaintiff") and Defendant ANTHONY & SYLVAN POOLS CORPORATION ("Defendant"), and by and through their respective counsel of record, hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees.

　　　　The parties agree that neither party shall be deemed to be a prevailing party in this action and

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169.5937
702.862.8800

that neither party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available.

Dated: November 15, 2023

Dated: November 15, 2023

STRANCH, JENNINGS & GARVEY PLLC

LITTLER MENDELSON, P.C.

*/s/ Nathan R. Ring*
Nathan R. Ring

Roger L. Grandgenett II
Kelsey E. Stegall

Attorneys for Plaintiff
MELISHA LANDRETH

Attorneys for Defendant
ANTHONY & SYLVAN POOLS CORPORATION

IT IS SO ORDERED.

Anne R. Traum
United States District Judge

DATED: November 16, 2023.